1  **Jeffrey T. Thomas**
   jtthomas@gibsondunn.com
2  **GIBSON, DUNN & CRUTCHER LLP**
   3161 Michelson Drive
3  Irvine, CA 92612-4412
   Telephone: (949) 451-3800
4  Facsimile: (949) 451-4220

5  **Sean S. Twomey**
   stwomey@gibsondunn.com
6  **GIBSON, DUNN & CRUTCHER LLP**
   333 South Grand Avenue
7  Los Angeles, CA 90071-3197
   Telephone: (213) 229-7284
8  Facsimile: (213) 229-6284

9  **Christopher J. Renk**
   crenk@bannerwitcoff.com
10 **Michael J. Harris**
   mharris@bannerwitcoff.com
11 **BANNER & WITCOFF, LTD.**
   71 South Wacker Drive, Suite 3600
12 Chicago, IL 60606
   Telephone: (312) 463-5000
13 Facsimile: (312) 463-5001

14 **Attorneys for Plaintiff**
   **NIKE. Inc.**

   **Samuel K. Lu**
   slu@irell.com
   **IRELL & MANELLA LLP**
   1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
   Telephone: (310) 277-1010
   Facsimile: (310) 203-7199

   **Attorneys for Defendant**
   **Skechers U.S.A., Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>SKECHERS U.S.A., INC., <br><br>　　　　Defendant. | Case No. 2:19-cv-09230-MWF(JDEx) <br><br> **JOINT STIPULATION TO EXTEND TIME FOR SKECHERS U.S.A., INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to Central District of California Local Civil Rule 7-1, Plaintiff NIKE, Inc. ("Nike") and Defendant Skechers U.S.A., Inc. ("Skechers"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Nike filed its Complaint in this action on October 28, 2019;

WHEREAS Skechers was served with the Complaint on November 1, 2019;

WHEREAS Skechers currently has until November 22, 2019 to answer or otherwise respond to the Complaint;

WHEREAS Skechers has requested and Nike has consented to an extension for Skechers' response to the Complaint;

WHEREAS, given the need for the parties to focus limited resources on pressing matters in multiple other actions pending between the parties, Skechers' request is supported by good cause;

WHEREAS no discovery cutoff date, last date for hearing motions, pre-trial conference date, or trial date has been set in this action;

WHEREAS the parties have not previously requested any extensions of time in this action;

WHEREAS this extension of time is not sought for purposes of delay;

WHEREAS this stipulation is not, and shall not later be construed as, a waiver of any defense by Skechers;

IT IS THEREFORE STIPULATED AND RESPECTFULLY REQUESTED by the parties, through their undersigned counsel, that Skechers shall have an extension until and including January 3, 2020 to answer or otherwise respond to the Complaint.

DATED: November 15, 2019  Respectfully submitted,

By: _____/s/ Sean S. Twomey_____

**Jeffrey T. Thomas**
jtthomas@gibsondunn.com
**Sean S. Twomey**
stwomey@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

**Christopher J. Renk**
crenk@bannerwitcoff.com
**Michael J. Harris**
mharris@bannerwitcoff.com
**Audra C. Eidem Heinze**
aheinze@bannerwitcoff.com
**BANNER & WITCOFF, LTD.**

**Attorneys for Plaintiff
NIKE, Inc.**

By: _____/s/ Samuel K. Lu_____

**Samuel K. Lu**
slu@irell.com
**IRELL & MANELLA LLP**

**Attorneys for Defendant
Skechers U.S.A., Inc.**